# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Toyo Tire and Rubber Co., Ltd.; Toyo Tire U.S.A. Corp.; and Toyo Tire Holdings of Americas Inc., | Case No.: 2:13-cv-02062-GMN-NJK |
| Plaintiffs, | **ORDER** |
| vs. | |
| Toyama Tyre Corp., Ltd.; Toyama Tyre Corp., Ltd.; and Hong Kong Toyama Tyre Int'l Ltd., | |
| Defendants. | |

Before the Court is the Report and Recommendation of United States Magistrate Judge Nancy J. Koppe. (ECF No. 27.) A party may file specific written objections to the findings and recommendations of a Magistrate Judge, and the Court may accept, reject, or modify, in whole or in part, the findings or recommendations. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2. Here, no objections were filed, and the deadline to do so has expired. The Court finds good cause for entry of Clerk's default as to all Defendants, for failure to timely file any responsive pleading.

**IT IS HEREBY ORDERED** that the Clerk shall enter default as to all Defendants. Plaintiffs shall file a timely and appropriate Motion for Default Judgment.

**IT IS FURTHER ORDERED** that the Motion for Preliminary Injunction (ECF No. 5) is **DENIED as moot**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 27) is **ACCEPTED and ADOPTED** to the extent it is not inconsistent with this Order.

**DATED** this 31st day of March, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court